JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ARMSTRONG and JENNIFER ARMSTRONG,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIHOME MORTGAGE COMPANY, LLC, and DOES 1 through 20, inclusive,<br><br>Defendants. | CV 18-8527 PA (RAOx)<br><br>JUDGMENT |

Pursuant to the Court's December 4, 2018 Minute Order granting in part the Motion to Dismiss filed by defendant Amerihome Mortgage Company, LLC ("Amerihome"), which dismissed the Fair Debt Collection Practices Act claim asserted by plaintiffs Thomas and Jennifer Armstrong ("Plaintiffs") and declined to exercise supplemental jurisdiction over the remaining state law claim asserted by Plaintiffs in their Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Amerihome on Plaintiff's first claim for violation of the Fair Debt Collection Practices Act.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claim for

1 | violations of the Rosenthal Fair Debt Collection Practices Act, and that the state law claim is
2 | dismissed without prejudice. See 28 U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing on their federal claims and that Amerihome shall have its costs of suit.

IT IS SO ORDERED.

DATED: December 4, 2018    _____
                           Percy Anderson
                           UNITED STATES DISTRICT JUDGE